# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1916.  GREGORY LASHAWN WARE v. THE STATE.**

In 2004, Gregory Ware pled guilty to kidnapping, aggravated assault, and terroristic threats.  We affirmed his convictions on direct appeal, holding, inter alia, that Ware's movement of the victim was unrelated to the separate offense of aggravated assault and therefore the evidence of asportation was sufficient to support a kidnapping conviction separate from the aggravated assault conviction.  See Case No. A15A1213 (affirmed Sept. 2, 2015).  Subsequently, Ware filed a motion to modify or reduce his sentence, arguing that his aggravated assault and kidnapping convictions arose from the same conduct and therefore merged.  The trial court denied the motion, and we affirmed the denial on appeal, holding, inter alia, that we were bound by our prior holding that the evidence supported a kidnapping conviction separate from the aggravated assault conviction.  See Case No. A17A1981 (affirmed Aug. 15, 2017).

In September 2017, Ware filed a motion in arrest of judgment, again claiming that his aggravated assault and kidnapping convictions arose from the same conduct and therefore merged.  The trial court denied the motion, and Ware filed the instant appeal.  We lack jurisdiction.

"It is axiomatic that the same issue cannot be relitigated ad infinitum.  The same is true of appeals of the same issue on the same grounds." *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002); see also *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); OCGA § 9-11-60 (h) ("[A]ny ruling by the Supreme Court or the Court of Appeals in a case shall be binding in all subsequent proceedings in that case in the lower court and in the Supreme Court or the Court of Appeals[.]").

Thus, our previous ruling rejecting Ware's merger claim acts as res judicata, and Ware is barred from seeking further judicial review on this issue. See *Jordan*, 253 Ga. App. at 511 (2) (this Court lacked jurisdiction to review a defendant's merger claim, where the issue was previously decided adversely to him on appeal). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,   07/18/2018     *
  *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

              *, Clerk.*